JS 44 (Rev. 02/19)

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

JUSTICE FAMILY GROUP, LLC

**DEFENDANTS**

CIT FINANCE, LLC and
KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.

**(b)** County of Residence of First Listed Plaintiff Greenbrier, West Virginia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Essex, New Jersey
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Terence P. Ruf, Esq.
218 North Church Street, Suite E
West Chester, Pennsylvania 19380 (Tel: 610-692-6800)

Attorneys *(If Known)*
Hyun Yoon, Esq.
Holland & Knight LLP, Cira Centre
2929 Arch Street, Suite 800, Philadelphia, PA (Tel: 215-252-9537)

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
      Plaintiff

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☒ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                                                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original
     Proceeding

☒ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     Another District
     *(specify)*

☐ 6 Multidistrict
     Litigation -
     Transfer

☐ 8 Multidistrict
     Litigation -
     Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
Various claims arising from multiple equipment financing agreements among the parties

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
In excess of 3,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**

*(See instructions):*        JUDGE _____        DOCKET NUMBER _____

DATE
12/11/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**19   5825**

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _300 West Main Street, White Sulphur Springs, West Virginia, 24986_

Address of Defendant: _1 CIT Drive, Livingston, NJ 07039_

Place of Accident, Incident or Transaction: _White Sulphur Springs, West Virginia_

---

*RELATED CASE, IF ANY:*

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐     No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐     No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?     Yes ☐     No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☐     No ☐

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _12/11/2019_     *Must sign here* _____     _323706_
*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.     Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
       *(Please specify):* _____

**B.     Diversity Jurisdiction Cases:**

- ☑ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _Hyun Yoon_, counsel of record *or pro se plaintiff*, do hereby certify:

- ☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DEC 11 2019

DATE: _12/11/2019_     *Sign here if applicable* _____     _323706_
*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5 2018)*



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

JUSTICE FAMILY GROUP, LLC    :     CIVIL ACTION

       v.       :     **19    5825**

CIT FINANCE, LLC and      :

KONICA MINOLTA BUSINESS   :     NO.

SOLUTIONS, U.S.A., INC.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
  and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
  exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
  commonly referred to as complex and that need special or intense management by
  the court.  (See reverse side of this form for a detailed explanation of special
  management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

| | | |
|---|---|---|
| 12/11/2019 | Hyun Yoon | CIT FINANCE, LLC |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-252-9537 | 215-867-6070 | eric.yoon@hklaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

DEC 11 2019

$400



**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUSTICE FAMILY GROUP, LLC<br>Plaintiff, | :<br>:<br>: Civil Action No. **19      5825** |
| v. | : |
| CIT FINANCE, LLC,<br>Defendant,<br>and | :<br>:<br>:<br>: |
| KONICA MINOLTA BUSINESS<br>SOLUTIONS, U.S.A., INC.<br>Defendant. | :<br>:<br>:<br>: |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant CIT Finance, LLC ("CIT") removes this action from Chester County Court of Common Pleas (the "State Court Action") to this Court pursuant to 28 U.S.C. §§ 1441, *et seq.* Pursuant to 28 U.S.C. § 1446, copies of all documents received by CIT in the State Court Action are attached hereto as **Exhibit 1**. In further support of this Notice of Removal, CIT deposes and says as follows:

1.     On or about September 25, 201, Plaintiff Justice Family Group, LLC ("JFG") filed a Complaint in the Chester County Court of Common Pleas, captioned *Justice Family Group, LLC v. CIT Finance, LLC and Konica Minolta Business Solutions, U.S.A., Inc.* (Chester. C.C.P., Case No. 2019-09791-CT) (the "Complaint").

2.     A copy of the Complaint was delivered to CIT by certified mail on November 18, 2019.

3.     CIT has not answered or otherwise responded to the Complaint in the State Court Action.

4.     Upon information and belief, a copy of the Complaint was delivered to Defendant Konica Minolta Business Solutions, U.S.A., Inc. ("KMBS") on or about November 18, 2019.

5.     KMBS consents to the removal of the State Court Action. *See* **Exhibit 2** (KMBS Consent to Removal).

6.     This Notice of Removal is being filed within 30 days of CIT's receipt of the Complaint by service or otherwise and is therefore timely pursuant to 28 U.S.C. § 1446(b).

7.     Venue is proper in this district under 28 U.S.C. § 1441(a) because this district embraces the county where the State Court Action is pending.

8.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, because the action is between citizens of different states and the amount in controversy is in excess of $75,000, exclusive of interest, fees, and costs.

9.     Specifically, and as alleged in the Complaint, JFG is a "West Virginia Corporation with a principal place of business of 300 West Main Street, White Sulpher [*sic*] Springs, West Virginia 24986." (Compl. ¶ 1)

10.    In a case captioned *Delta Air Lines, Inc. v. Justice Family Group, LLC d/b/a The Greenbrier*, Case No. Case No. 1:12-cv-00173-TWT  (N.D. Ga), JFG averred that it is "a limited liability company" whose member "is and was at all times relevant hereto…a resident and citizen of either West Virginia or Virginia." *See* **Exhibit 3** (JFG's Notice of Removal).

11.    Therefore, for purposes of diversity jurisdiction, JFG is a citizen of West Virginia and Virginia. *See White v. SmithKline Beecham Corp.*, CIV.A. 10-2141, 2010 WL 3119926, at *2 (E.D. Pa. Aug. 6, 2010) (citing *Zambelli Fireworks Mfg. Co., Inc. v. Wood*, 592 F.3d 412, 418 (3d Cir.2010)) (noting that LLCs' citizenship for purposes of diversity jurisdiction is "determined by the citizenship of its members").

12.     CIT is a Delaware Limited Liability Company with its principal place of business in New Jersey. CIT's sole member is CIT Bank, N.A. ("CIT Bank"), which is a national banking association with its main office located in Pasadena, California. CIT Bank's sole shareholder is CIT Group Inc., which is a Delaware corporation with its principal places of business in Livingston, New Jersey and New York, New York. *See* **Exhibit 4** (Declaration of Linda Seufert).

13.     Therefore, for purposes of diversity jurisdiction, CIT is a citizen of California, Delaware, New York, Florida and New Jersey.

14.     KMBS is a New York corporation with its principal place of business in New Jersey. *See* **Exhibit 5** (Declaration of Judy Olivero).

15.     Therefore, KMBS, for purposes of diversity jurisdiction, is a citizen of New York and New Jersey.

16.     Accordingly, there is complete diversity of citizenship among the parties.

17.     Furthermore, the Complaint seeks monetary relief in excess of $768,800. *See* Complaint at, *e.g.*, Counts I-II, WHEREFORE Clauses.

18.     Accordingly, the amount in controversy exceeds $75,000, exclusive of interest, fees, and costs.[1]

19.     Because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, removal to this Court is proper. 28 U.S.C. § 1446 (c)(2)(B).

20.     Written notice of the filing of this Notice of Removal is being given to JFG and a Notice of Filing of Notice of Removal is being filed with the Court of Common Pleas of Chester County, Pennsylvania, as required by 28 U.S.C. § 1446(d).

---

[1]     CIT denies any and all liability to JFG, and denies that JFG suffered any damages. Discussion of claimed damages is made solely for the purposes of establishing the amount in controversy.

**WHEREFORE**, CIT prays that the State Court Action be removed to this Honorable Court.

Dated:  December 11, 2019

Respectfully Submitted,

Hyun Yoon, Esq.  (PA ID No. 323706)
HOLLAND & KNIGHT LLP
Cira Centre, 2929 Arch Street, Suite 800
Philadelphia, PA  19104
Tel:  215.252.9531
Fax:  215.867.6070

*Attorneys for Defendant CIT Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a copy of the foregoing to be served on the following via email and first-class mail to:

Terence P. Ruf, Jr.
218 North Church Street, Suite E
West Chester, PA 19380
(610) 692-6800
terenceruf@terenceruflaw.com

*Counsel for Plaintiff*

Phillip J. Duffy
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4821
pjduffy@gibbonslaw.com

*Counsel for Defendant Konica Minolta Business Solutions, U.S.A., Inc.*

_____
Hyun Yoon

Dated:  December 11, 2019

# LAW OFFICE OF TERENCE P. RUF, JR.

218 NORTH CHURCH STREET
SUITE 218E
TELEPHONE (610) 692-6800
FAX (484) 923-1212
TERENCERUF@TERENCERUFLAW.COM
WWW.TERENCERUFLAW.COM

November 15, 2019

**VIA CERTIFIED MAIL: 7018 0680 0001 1255 1238**
CIT Finance, LLC
1 CIT Drive
#2108-A
Livingston, New Jersey 07039

Attention:     President

Re:     **Justice Family Group, LLC v. CIT Finance, LLC and Konica Minolta
Business Solutions, U.S.A., Inc.
Case No.: 2019-09791-CT**

Dear Sir/Madam:

Enclosed please find Plaintiff, Justice Family Group, LLC's Complaint as against CIT
Finance LLC and Konica Minolta Business Solutions, U.S.A., Inc., filed in the Chester County
Court of Common Pleas.

Thank you for your attention to this matter.

Very Truly Yours,

Terence P. Ruf, Jr., Esquire

TPR/jcl
Enclosures
cc:     Justice Family Group, via e-mail only.
        Attention:     Jessica Miller, Esquire
        Hyun Yoon, Esquire, via e-mail only

BY: KEITH N. RENALDO, ESQUIRE
ATTORNEY I.D. NO. 76253
TERENCE P. RUF, JR., ESQUIRE
ATTORNEY I.D. NO. 203070
218 NORTH CHURCH STREET, SUITE E
WEST CHESTER, PENNSYLVANIA 19380
(610)-692-6800

ATTORNEYS FOR PLAINTIFF

Filed and Attested by
PROTHONOTARY
12 Nov 2019 10:26 AM
S. Peery

| | | |
|---|---|---|
| JUSTICE FAMILY GROUP, LLC | : | IN THE COURT OF COMMON PLEAS |
| Plaintiff, | : | OF CHESTER COUNTY, |
| | : | PENNSYLVANIA |
| v. | : | |
| CIT FINANCE, LLC | : | |
| Defendant, | : | CIVIL ACTION-LAW NO.: |
| and | : | 2019-09791-CT |
| KONICA MINOLTA BUSINESS | : | |
| SOLUTIONS, U.S.A., INC. | : | |
| | : | |
| Defendant | : | |

## PRAECIPE TO REINSTATE COMPLAINT

TO THE PROTHONOTARY:

    Kindly reinstate the Complaint in the above captioned matter.

                        Respectfully submitted,

                    By: _____
                    Terence P. Ruf, Jr., Esquire
                    Attorney for Plaintiff

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
## CHESTER _____ County

| | |
|---|---|
| For Prothonotary Use Only | |
| Docket No: | 2019-09791-CT |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [X] Complaint
- [ ] Transfer from Another Jurisdiction
- [ ] Writ of Summons
- [ ] Petition
- [ ] Declaration of Taking

**Lead Plaintiff's Name:**
JUSTICE FAMILY GROUP, LLC

**Lead Defendant's Name:**
CIT FINANCE, LLC, et al.

**Are money damages requested?** [X] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [X] outside arbitration limits

**Is this a Class Action Suit?** [ ] Yes  [X] No

**Is this an MDJ Appeal?** [ ] Yes  [X] No

Name of Plaintiff/Appellant's Attorney: Terence P. Ruf, Jr., Esquire

- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your PRIMARY CASE. If you are making more than one type of claim, check the one that you consider most important.

### TORT (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/ Defamation
- [ ] Other:

### MASS TORT
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

### PROFESSIONAL LIABLITY
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

### CONTRACT (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other

- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other

- [X] Other:
  Breach of Finance Agreement

### REAL PROPERTY
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

### CIVIL APPEALS
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other:

### MISCELLANEOUS
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*



# Chester County
# Court of Common Pleas
# Cover Sheet

| Plaintiff(s): (Name, Address) | Plaintiff's/Appellant's Attorney (circle one) |
|---|---|
| Justice Family Group, LLC<br>300 West Main Street<br>White Supher Springs, WV 24986 | (Name, firm, address, telephone and attorney ID#)<br>Terence E. Fitzpatrick, Esquire    Tel. 610-1-332-6100<br>218 North Church Street    Atty ID: 203070<br>Suite E<br>West Chester, Pennsylvania 19380 |
| Defendant(s): (Name, Address)<br>CIT Finance, LLC<br>1 CIT Drive, #2108-A<br>Livingston, New Jersey 07039<br><br>Konica Minolta Business Solutions, USA, Inc.<br>100 North 18th Street, #1930<br>Philadelphia, Pennsylvania 19103 | Are there any related cases? Please provide case nos. |

Defendants who are proceeding without counsel are strongly urged to file with the Prothonotary a written statement of an address **AND** a telephone number at which they can be reached.

If this is an appeal from a Magisterial District Judgment, was appellant   ◯ Plaintiff or   ◯ Defendant in the original action?

### Jury Trial Demanded   ⦿ Yes   ◯ No

Nature of case if not on previous cover sheet – Please choose the most applicable

| | | | |
|---|---|---|---|
| ☐ Annulment | | ☐ Writ of Certiorari |
| ☐ Custody - Conciliation Required | | ☐ Injunctive Relief |
| ☐ Custody - Foreign Order | | ☐ Mechanics Lien Claim |
| ☐ Custody - No Conciliation Required | | ☐ Issuance of Foreign Subpoena |
| ☐ Divorce - Ancillary Relief Request | | ☐ Name Change |
| ☐ Divorce - No Ancillary Relief Requested | | ☐ Petition for Structured Settlement |
| ☐ Foreign Divorce | | |
| ☐ Foreign Protection from Abuse | | |
| ☐ Paternity | | |
| ☐ Protection from Abuse | | |
| ☐ Standby Guardianship | | |

**Arbitration Cases Only**

Arbitration Date _____
Arbitration Time _____

Defendants are cautioned that the scheduling of an arbitration date does not alter the duty of the defendant to respond to the complaint and does not prevent summary disposition from occurring prior to the arbitration date.
This matter will be heard by a Board of Arbitrators at the time and date specified but, if one or more of the parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.  There is no right to a trial *de novo* on appeal from a decision entered by a judge.

**Notice of Trial Listing Date**
Pursuant to C.C.R.C.P. 249.3, if this case is not subject to compulsory arbitration it will be presumed ready for trial twelve (12) months from the date of the initiation of the suit and will be placed on the trial list one (1) year from the date the suit was filed unless otherwise ordered by the Court.

To obtain relief from automatic trial listing a party must proceed pursuant to C.C.R.C.P. 249.3(b), request an administrative conference and obtain a court order deferring the placement of the case on the trial list until a later date.

**File with:** Chester County Justice Center,  Prothonotary Office, 201 W. Market St., Ste. 1425, PO Box 2746, West Chester, PA 19380-0989

These cover sheets must be served upon all other parties to the action immediately after filing.
Submit enough copies for service.

*2019–09791–CT*

ATTORNEYS FOR PLAINTIFF

ATTORNEY I.D. NO. 76253
TERENCE P. RUF, JR., ESQUIRE
ATTORNEY I.D. NO. 203070
219 NORTH CHURCH STREET, SUITE E
WEST CHESTER, PENNSYLVANIA 19380
(610)-692-6800

| | | |
|---|---|---|
| JUSTICE FAMILY GROUP, LLC | : | IN THE COURT OF COMMON PLEAS |
| Plaintiff, | : | OF CHESTER COUNTY, |
| | : | PENNSYLVANIA |
| v. | : | |
| CIT FINANCE, LLC | : | CIVIL ACTION-LAW NO.: |
| Defendant, | : | |
| and | : | |
| KONICA MINOLTA BUSINESS | : | |
| SOLUTIONS, U.S.A., INC. | : | |
| | : | |
| Defendant | : | |

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Amended Complaint and Notice are served, by entering a written appearance personally or by attorney for filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and judgment may be entered against you by the Court without further notice for any money claim in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU [DO NOT HAV]E A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE [THE OFF]ICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL

Chester County Bar Association
Lawyer Reference and Information Service
15 West Gay Street
P.O. Box 2191
West Chester, Pennsylvania 19380
Telephone (610)692-1889

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted,

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE, SI NO [TIENE] ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFIC[INA] CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGU[AR] DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL,

Asociación De Licenciados De Chester County
Servicio De Referencia E Información Legal,
15 West Gay Street
West Chester, Pennsylvania 19380
Telefono: (610)692-1889

*2019-09791-CT*

ATTORNEY I.D. NO. 76253
TERENCE P. RUF, JR., ESQUIRE
ATTORNEY I.D. NO. 203090
218 NORTH CHURCH STREET, SUITE E
WEST CHESTER, PENNSYLVANIA 19380
(610)-692-6800

| | | |
|---|---|---|
| JUSTICE FAMILY GROUP, LLC | : | IN THE COURT OF COMMON PLEAS |
| Plaintiff, | : | OF CHESTER COUNTY, |
| | : | PENNSYLVANIA |
| v. | : | |
| CIT FINANCE, LLC | : | CIVIL ACTION-LAW NO.: |
| Defendant, | : | |
| and | : | |
| KONICA MINOLTA BUSINESS | : | |
| SOLUTIONS, U.S.A., INC. | : | |
| | : | |
| Defendant | : | |

## CIVIL ACTION COMPLAINT

### PARTIES

1.    Plaintiff, Justice Family Group, LLC (herein referred to as "JFG") is a West

Virginia Corporation with a principal place of business of 300 West Main Street, White Sulpher

Springs, West Virginia 24986.

2.    Defendant, CIT Finance, LLC (herein referred to as "CIT") is a Delaware

Corporation with a principal place of business of 1 CIT Drive #2108-A, Livingston, New Jersey

07039.

3.    Defendant, Konica Minolta Business Solutions, U.S.A., Inc. ("KMBS") is a

Pennsylvania Corporation with a business address of 100 N. 18th St. #1930, Philadelphia,

Pennsylvania 19103.

## JURISDICTION AND VENUE

4      Jurisdiction is proper because Plaintiff is subject to this Honorable Court's jurisdiction because of a forum selection clause contained in the original KMBS/CIT Lease.

5.      Defendant, CIT and/or KMBS is currently making claim for breach of contract, and unjust enrichment (Chester County Case No.: 2018-13216-CT) under the same leases.

## FACTUAL ALLEGATIONS

6.      On or about January 13, 2010, Plaintiff allegedly entered into multiple written lease agreements whereby Plaintiff agreed to lease certain equipment over the course of sixty-three (63) months with KMBS for printing and copying. A true and correct copy of the Master Lease is attached hereto as Exhibit "A."

7.      KMBS at the time of signing the underlying leases also signed Plaintiff to various maintenance agreements for the subject equipment.

8.      Since inception of the leases and maintenance agreements, the Plaintiff has received multiple invoices from KMBS and/or CIT that were indecipherable, non-understandable, confusing and make no sense at all.

9.      Plaintiff contacted KMBS and/or CIT in an attempt to understand these invoices and otherwise appreciate the charges and amounts that Plaintiff was being asked to pay however, no adequate response was received from KMBS and/or CIT.

10.      The equipment lease agreements were cancelled pursuant to an e-mail from Plaintiff to KMBS. A true and correct copy of the e-mail JFG sent to KMBS is attached hereto as Exhibit "B."

11.      On or about, September 12, 2018, Defendant's representative McCarthey, Burges & Wolf (herein referred to as "MB&W") made demand upon Plaintiff for an alleged debt in the

amount of $805,782.06.  A true and correct copy of the September 12, 2018 Demand letter is attached hereto as Exhibit "C" and incorporated by reference as if set forth herein.

12.     On or about October 16, 2018, MB&W forwarded Plaintiff's counsel a copy of the serial numbers of the alleged equipment under the leases involved in the alleged demanded debt.  A true and correct copy of the October 16, 2018 letter and spreadsheet is attached hereto as Exhibit "D" and incorporated by reference as if set forth herein.

13.     On or about December 20, 2018, JFG filed a Complaint against CIT for alleged breach of equipment finance contract, unjust enrichment, and declaratory judgment, C.C.C.P. Docket No.: 2018-13216-CT.

14.     CIT subsequently filed a Counterclaim against JFG and a Joinder Complaint against James C. Justice Companies, Inc. alleging breach of contract and unjust enrichment.

15.     JFG then filed a Joinder Complaint as against KMBS (the original lessor) for breach of contract and unjust enrichment.

16.     CIT and KMBS allegedly entered into an Assignment Agreement on or about January 14, 2019 whereby KMBS assigned all of its rights and liabilities over to CIT.

17.     CIT alleges in its filed pleadings in two cases before this Court that it serviced the machines in question, however, is impossible for CIT to have serviced the machines given the date of the Assignment from KMBS to CIT.

18.     Over the life of the Master Lease and relationship of the parties, JFG paid CIT and/or KMBS in excess of One Million Four Hundred Thousand Dollars ($1.4 million) in rental monies.  A true and correct copy of JFG's payment history is attached hereto as Exhibit "E."

19.   Over the life of the Master Lease and relationship of the parties, JFG paid CIT and/or KMBS in excess of $84,271.16 in rental tax.  A true and correct copy of JFG's payment history is attached hereto as Exhibit "E."

20.   Over the life of the Master Lease and relationship of the parties, JFG paid CIT and/or KMBS $119,405.20 in alleged late charges.  A true and correct copy of JFG's payment history is attached hereto as Exhibit "E."

21.   Over the life of the Master Lease and relationship of the parties, JFG paid CIT and/or KMBS $136,679.87 in "miscellaneous" charges.  A true and correct copy of JFG's payment history is attached hereto as Exhibit "E."

22.   The alleged face value of the CIT and/or KMBS Master Lease was $970,200.00, with various allotments for copies.  A true and correct copy of the Master Lease is attached hereto as Exhibit "A."

23.   JFG paid CIT and/or KMBS the entire face value of the Master Lease.

24.   CIT and/or KMBS charged JFG an additional $768,800.00 in various fees over and above what was contractually owed under the Master Lease and did so without any justification and authority.

25.   On or about February 1, 2018, JFG terminated its lease(s) with CIT and/or KMBS.  A true and correct copy of the e-mail JFG sent to KMBS is attached hereto as Exhibit "B."

### COUNT I – BREACH OF CONTRACT
### Justice Family Group v.
### CIT Finance, LLC and Konica Minolta Business Solutions, U.S.A, Inc.

26.   Plaintiff, JFG, hereby incorporates paragraphs 1-25 as though they were reiterated herein at length.

27.     In order to state a claim for breach of contract under Pennsylvania Law, it must be established:

      a.     the existence of contract, including its essential terms;

      b.     a breach of a duty imposed by the contract; and,

      c.     resultant damages.

28.     Equipment Finance Leases existed between JFG and KMBS and/or CIT.

29.     CIT is making a claim that it has been assigned the Leases.

30.     KMBS and/or CIT breached its duty by overcharging Plaintiff for monies not owed under the Master Lease without justification and/or authority.

31.     CIT and/or KMBS breached the terms of the contract, including the Master Lease and the maintenance agreements, by failing to provide proper credit for payments made, improperly charging Plaintiff's account, and committing other acts that have inflated the amounts owed.

32.     On or about February 1, 2018, JFG terminated its lease(s) with CIT and/or KMBS.  A true and correct copy of the e-mail JFG sent to KMBS is attached hereto as Exhibit "B."

33.     Plaintiff believes and therefore avers that it is entitled to reimbursement of all lease payments over and above what was owed pursuant to the Master Lease.

34.     JFG has suffered damages as a result of being charged for various fees in excess of the Master Lease face value in an amount equal to $768,800.00.

WHEREFORE, Plaintiff Justice Family Group respectfully request that this Honorable Court find in their favor and against CIT Finance, LLC and/or Konica Minolta Business

Solutions, U.S.A. in an amount in excess to $768,800.00 plus attorney's fees and costs as deemed appropriate by this Honorable Court.

## COUNT II – UNJUST ENRICHMENT
### Justice Family Group v.
### CIT Finance, LLC and Konica Minolta Business Solutions, U.S.A, Inc.

35.   Plaintiff, JFG, hereby incorporates paragraphs 1-34 as though they were reiterated herein at length.

36.   In order to state a claim for unjust enrichment under Pennsylvania Law it must be established that:

   a.   benefits are conferred upon a party by the opposing party;

   b.   appreciation of such benefit occurs and;

   c.   acceptance and retention of such benefit under such circumstances that it would be inequitable for the opposing party to retain the benefit without payment of value exists.

37.   The alleged face value of the CIT and/or KMBS Master Lease was $970,200.00, with various allotments for copies.

38.   JFG paid CIT and/or KMBS more than the entire face value of the Master Lease.

39.   CIT and/or KMBS charged JFG an additional $768,800.00 in various fees over and above what was contractually owed without any justification and/or authority.

40.   JFG avers that CIT and KMBS would be unjustly enriched by receiving monies that it was not owed.

41.   JFG avers that CIT and KMBS appreciated the benefit of the excess monies paid.

42.    JFG avers that CIT and KMBS' acceptance and retention of those excess monies paid makes it inequitable for CIT and/or KMBS to retain those monies received without having earned them.

WHEREFORE, Plaintiff Justice Family Group respectfully request that this Honorable Court find in their favor and against CIT Finance, LLC and/or Konica Minolta Business Solutions, U.S.A., in an amount in excess of $768,800.00 plus attorney's fees and costs as deemed appropriate by this Honorable Court.

### COUNT III – FRAUD
### Justice Family Group v.
### CIT Finance, LLC and Konica Minolta Business Solutions, U.S.A, Inc.

43.    Plaintiff, JFG, hereby incorporates paragraphs 1-42 as though they were reiterated herein at length.

44.    Under Pennsylvania Law the elements of fraud are:

     a.    a material factual misrepresentation;

     b.    made with knowledge or belief of its falsity;

     c.    with the intention that the other party rely thereon; and,

     d.    resulting in justifiable reliance to that party to its detriment.

45.    CIT and/or KMBS misrepresented the terms, costs, and/or charges of the Master Lease.

46.    CIT and/or KMBS made these representations to induce and/or entice JFG to continue to use their services and/or equipment.

47.    CIT and/or KMBS charged JFG the face value of the Master Lease and then continued to charge JFG in excess of $768,800.00 in additional charges without any justification or authority.

CIT and/or KMBS made this misrepresentation knowing it was made specifically billing Plaintiff for fees, charges, and/or services not due and owing, never provided and/or not owed.

49. CIT and/or KMBS intended for JFG to rely on that misrepresentation.

50. JFG justifiably relied on that misrepresentation to its detriment.

51. JFG has suffered damages in excess of $768,800.00, by being charged and paying excess charges, a result of KMBS and/or CIT's fraud.

52. JFG is entitled to treble damages of $2,306,400.00.

WHEREFORE, Plaintiff Justice Family Group, LLC respectfully request that this Honorable Court find in its favor and against CIT Finance, and/or Konica Minolta Business Solutions, U.S.A. Inc. for a gross amount owed of $3,075,200.00, plus interest, costs, and attorney's fees as noted above.

## COUNT IV – NEGLIGENT MISREPRESENTATION
### (In the Alternative to Fraud)
### Justice Family Group v.
### CIT Finance, LLC and Konica Minolta Business Solutions, U.S.A. Inc.

53. Plaintiff, JFG, hereby incorporates paragraphs 1-52 as though they were reiterated herein at length.

54. Under Pennsylvania Law the elements of negligent misrepresentation are:

    a. a misrepresentation of a material fact;

    b. made under circumstances in which the party knew and/or should have known of its falsity;

    c. made with an intent to induce another to act on it; and

    d. results in injury to a party in justifiable reliance on the misrepresentation.

*2019-09791-CT*

55.     CIT and/or KMBS misrepresented the terms, costs, and/or charges of the Master Lease.

56.     CIT and/or KMBS made these representations to induce and/or entice JFG to continue to use their services and/or equipment.

57.     CIT and/or KMBS charged JFG the face value of the Master Lease and then continued to charge JFG in excess of $768,800.00 in additional charges without any justification or authority.

58.     CIT and/or KMBS made this misrepresentation knowing it was false, specifically billing Plaintiff for fees, charges, and/or services not due and owing, never provided and/or not owed.

59.     CIT and/or KMBS intended for JFG to rely on that misrepresentation.

60.     JFG justifiably relied on that misrepresentation to its detriment.

61.     JFG has suffered damages in excess of $768,800.00, by being charged and paying excess charges, a result of KMBS and/or CIT's fraud.

Date: 9/24/19

Respectfully Submitted,

Terence P. Ruf, Jr., Esquire

## VERIFICATION

I, James T. Miller, on behalf of Justice Family Group, LLC, hereby verify that I am authorized to make this verification and that the facts set forth in the foregoing Plaintiff's Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements therein are subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

Date: 9/9-2019

James T. Miller, on behalf of
Justice Family Group, LLC

# EXHIBIT A

## Master Premier
## Advantage Schedule

| APPLICATION NO. | AGREEMENT NO. | SCHEDULE NO. |
|---|---|---|
| | | |

LEGAL COMPANY NAME: **JUSTICE FAMILY GROUP, LLC DBA THE GREENBRIER**   DEPARTMENT NAME

STREET ADDRESS / P.O. BOX: **300 WEST MAIN STREET**   BLDG / ROOM / SUITE

CITY: **WHITE SULPHUR SPRINGS**   STATE: **WV**   ZIP: **24986**   BILLING CONTACT NAME

BILL-TO PHONE NUMBER*   FAX NUMBER   FEDERAL TAX I.D. NUMBER

*By providing a telephone number for a cellular phone or other wireless device, you are expressly consenting to receiving communications (for NON-marketing or solicitation purposes) at that number, including, but not limited to, prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system from Lessor and its affiliates and agents. This Express Consent applies to each such telephone number that you provide to us now or in the future and permits such calls. These calls and messages may incur access fees from your cellular provider.

LESSEE LEGAL NAME: **JUSTICE FAMILY GROUP, LLC DBA THE GREENBRIER**   DEPARTMENT NAME

STREET ADDRESS / P.O. BOX: **300 WEST MAIN STREET**   BLDG / FLOOR / ROOM / SUITE

CITY: **WHITE SULPHUR SPRINGS**   STATE: **WV**   ZIP: **24986**   CONTACT NAME: **HABIBI ANDRE**

PHONE NUMBER: **304 536 1110**   FAX NUMBER

### EQUIPMENT QUANTITY / DESCRIPTION / SERIAL NO.

2 - BIZHUB PRO 950

1 - BIZHUB 423

6 - BIZHUB C220

11 - BIZHUB C35 A4 MFP (PRINT/SCAN/COPY/FAX, 31PPM, 120GB HDD, 1.5GB MEMORY)

10 - BIZHUB C360

3 - BIZHUB C452

2 - BIZHUB C652

☐ See attached schedule for additional Equipment / Accessories

### TERM AND PAYMENT SCHEDULE

| **63** (mos.) | Monthly Payments of $ **15,400.00** (plus applicable taxes) | Security Deposit $ _____ (plus applicable taxes) |
|---|---|---|
| Payment Includes **400,000** | B&W pages per month | Overages billed QUARTERLY at $ 0.005000 per B&W page |
| Payment Includes **60,000** | Color pages per month | Overages billed QUARTERLY at $ 0.060000 per Color page |

THIS SCHEDULE INCORPORATES ALL OF THE TERMS AND CONDITIONS OF THE MASTER PREMIER ADVANTAGE AGREEMENT IDENTIFIED ABOVE.

LESSOR / ASSIGNOR: **Konica Minolta Premier Finance**

TITLE   SIGNATURE   PRINT NAME

LESSEE / GUARANTOR: **JUSTICE FAMILY GROUP, LLC DBA THE GREENBRIER**   FULL LEGAL NAME   SIGNATURE / TITLE   PRINT NAME

DATED: **24716 - 01/11/2010**

KONICA MINOLTA

**Master Premier
Advantage Agreement**

| APPLICATION NUMBER | AGREEMENT NUMBER |
|---|---|
| | |

FULL LEGAL NAME | STREET ADDRESS
**JUSTICE FAMILY GROUP, LLC DBA THE GREENBRIER** | **300 WEST MAIN STREET**

CITY | STATE | ZIP | PHONE | FAX
WHITE SULPHUR SPRINGS | WV | 24986

BILLING NAME (IF DIFFERENT FROM ABOVE) | BILLING STREET ADDRESS

CITY | STATE | ZIP | E-MAIL

EQUIPMENT LOCATION (IF DIFFERENT FROM ABOVE)

Konica Minolta Business Solutions agrees to maintain the Equipment in good operating condition providing necessary maintenance service and parts for routine repairs. If our Service Representative is unable to repair the equipment covered under this guarantee, we shall provide, at no charge, an equivalent replacement.

**TERMS AND CONDITIONS**

1. LEASE AGREEMENT. ...

2. RENT. ...

3. MAINTENANCE AND SUPPLIES. ...

(continued on back)

**THIS IS A NONCANCELABLE/IRREVOCABLE AGREEMENT: THIS AGREEMENT CANNOT BE CANCELED OR TERMINATED.**

Konica Minolta Premier Finance

| DATED | LESSOR | SIGNATURE | TITLE |
|---|---|---|---|

**CUSTOMER ACCEPTANCE**

DATED 1/12/10 | JUSTICE FAMILY GROUP, LLC DBA THE GREENBRIER
FULL LEGAL NAME OF CUSTOMER (as referenced above) | SIGNATURE | TITLE Treasurer

FEDERAL TAX I.D. # 55-1332133 | PRINT NAME by J.J. Miller

See reverse side for additional terms and conditions

*2019-09791-CT*

2019-09791-CT

5. WARRANTY DISCLAIMER: WE MAKE NO WARRANTY EXPRESS OR IMPLIED, INCLUDING THAT THE EQUIPMENT IS FIT FOR A PARTICULAR PURPOSE OR THAT THE EQUIPMENT IS MERCHANTABLE. YOU AGREE THAT YOU HAVE SELECTED EACH ITEM OF EQUIPMENT BASED UPON YOUR OWN JUDGMENT AND DISCLAIM ANY RELIANCE UPON ANY STATEMENTS OR REPRESENTATIONS MADE BY US. WE ARE LEASING THE EQUIPMENT TO YOU "AS-IS". You acknowledge that none of Supplier or their representatives are our agents and none of them are authorized to modify the terms of this Agreement or any [illegible] You [illegible] of the manufacturer or supplier of [illegible] Equipment [illegible] description of your warranty rights. You hereby acknowledge and confirm that you have not received any tax, financial, accounting or legal advice from us, the manufacturer or Supplier of the Equipment. THIS AGREEMENT AND EACH SCHEDULE CONSTITUTES A "FINANCE LEASE" AS DEFINED IN ARTICLE 2A OF THE UNIFORM COMMERCIAL CODE.

6. LOCATION OF EQUIPMENT: You will keep and use the Equipment only at your address shown above and you agree not to move it unless we agree to it. At the end of the Agreement's term, if you do not purchase the Equipment, you will return the Equipment to a location we specify at your expense, in retail resaleable condition (normal wear and tear acceptable), full working order, and in complete repair.

7. LOSS OR DAMAGE: You are responsible for the risk of loss or for any destruction of or damage to the Equipment. No such loss or damage relieves you from the payment obligations under this Agreement. You agree to promptly notify us in writing of any loss or damage and you will then pay to us the present value of the total of all unpaid Monthly Payments (or other periodic payments shown) for the full Agreement term plus the estimated fair market value of the Equipment at the end of the originally scheduled term, all discounted at six percent (6%) per year. Any proceeds of insurance will be paid to us and credited, at our option, against any loss or damage. You authorize us to sign on your behalf and appoint us as your attorney in fact to execute in your name any insurance drafts or checks issued due to loss or damage to the Equipment.

8. COLLATERAL PROTECTION AND INSURANCE: You are responsible for installing and keeping the Equipment in good working order. Except for ordinary wear and tear, you are responsible for protecting the Equipment from damage and loss of any kind. If the Equipment is damaged or lost, you agree to continue to pay the amounts due and to become due hereunder without setoff or defense. During the term of this Agreement, you agree that you will (1) insure the equipment against all loss or damage naming us as loss payee; (2) obtain liability and third party property damage insurance naming us as an additional insured; and (3) deliver satisfactory evidence of such coverage with carriers, policy forms and amounts acceptable to us. All policies must provide that we be given thirty (30) days written notice of any material change or cancellation. If you do not provide evidence of acceptable insurance, we have the right, but no obligation, (a) to obtain insurance covering our interest (and only our interest) in the Equipment for the lease term, and renewals. Any insurance we obtain will not insure you against third party or liability claims and may be cancelled by us at any time. In that event you will be required to pay us an additional amount each month for the insurance premium and an administrative fee. The cost may be more than the cost of obtaining your own insurance. You agree that we, or one of our affiliates, may make a profit in connection with the insurance we obtain. You agree to cooperate with us, our insurer and our agent in the placement of coverage and with claims or, (b) we may waive the insurance requirement and charge you a monthly property damage surcharge in the amount of .0035 of the original equipment cost to cover our credit risk, administrative costs and other costs and on which we may make a profit. If you later provide evidence that you have obtained acceptable insurance, we will cancel the insurance we obtained or cease charging the surcharge.

9. INDEMNITY: We are not responsible for any loss or injuries caused by the installation or use of the Equipment. You agree to hold us harmless and reimburse us for loss and to defend us against any claim for losses or injury caused by the Equipment. We reserve the right to control the defense and to select or approve defense counsel. This indemnity survives the expiration or termination of this Agreement.

10. TAXES AND FEES: You agree to pay when invoiced all taxes (including personal property tax, fines and penalties) and fees relating to this Agreement or the Equipment. You agree to (a) reimburse us for all personal property taxes which we are required to pay as Owner of the Equipment or to remit to us each month our estimate of the monthly equivalent of the annual property taxes to be assessed. If you do not have a $1.00 purchase option, we will file all personal property, use or other tax returns and you agree to pay us a processing fee for making such filings. You agree to pay us up to $75.00 on the date the first payment is due as an origination fee. We reserve the right to charge a fee upon termination of this Agreement either by trade-up, buy-out or default. Any fee charged under this Agreement may include a profit and is subject to applicable taxes.

11. ASSIGNMENT: YOU HAVE NO RIGHT TO SELL, TRANSFER, ASSIGN OR SUBLEASE THE EQUIPMENT OR THIS AGREEMENT. We may sell, assign, or transfer this Agreement and/or the Equipment without notice. You agree that if we sell, assign, or transfer this Agreement and/or the Equipment, the new lessor will have the same rights and benefits that we have now and will not have to perform any of our obligations. You agree that the rights of the new Lessor will not be subject to any claims, defenses, or set offs that you may have against us whether or not you are notified of such assignment.

12. DEFAULT AND REMEDIES: If you do not pay any lease payment or other sum due to us or other party when due or if you break any of your promises in the Agreement or any other Agreement with us, you will be in default. If any part of a payment is more than 5 days late, you agree to pay a late charge of 10% of the payment which is late or if less, the maximum charge allowed by law. If you are ever in default, we may do any one or all of the following (a) instruct Supplier to withhold service, parts and supplies and/or void the Comfortier Confidence Guaranty; (b) retain your security deposit; (c) terminate or cancel this Agreement and/or any and all Schedules and require that you pay, AS LIQUIDATED DAMAGES FOR LOSS OF BARGAIN AND NOT AS A PENALTY, the sum of: (i) all past due and current Monthly Payments (or other periodic payments) and charges due under this Agreement and any Schedule; (ii) the present value of all remaining Monthly Payments (or other periodic payments) and charges for the remainder of the term of such Schedule, discounted at the rate of 4% per annum (or the lowest rate permitted by law, whichever is higher); and (iii) the present value (at the same discount rate as specified in clause (ii) above) of the amount of any purchase option with respect to the Equipment or, if none is specified, our anticipated value of the Equipment at the end of the initial term of such Schedule (or any renewal thereof); and (d) require you to return the Equipment to us to a location designated by us. We may recover interest on any unpaid balance at the rate of 8% per annum but in no event more than the lawful maximum rate. We may also use any of the remedies available to us under Article 2A of the Uniform Commercial Code as enacted in the State of Lessor or its Assignee or any other law. You agree to pay our reasonable costs of collection and enforcement, including but not limited to attorney's fees and actual court costs relating to any claim arising under this Agreement including, but not limited to, any legal action or referral for collection. If we have to take possession of the Equipment, you agree to pay the cost of repossession. The net proceeds of the sale of any repossessed Equipment will be credited against what you owe us. YOU AGREE THAT WE WILL NOT BE RESPONSIBLE FOR ANY CONSEQUENTIAL, INDIRECT OR INCIDENTAL DAMAGES FOR ANY REASON WHATSOEVER. You agree that any delay or failure to enforce our rights under this Agreement does not prevent us from enforcing any rights at a later time. All of our rights are cumulative. It is further agreed that your rights and remedies are governed exclusively by this Agreement and you waive lessee's rights under Article 2A (508-522) of the UCC.

13. UCC FILINGS: You grant us a security interest in the Equipment if this Agreement is deemed a secured transaction and you authorize us to record a UCC-1 financing statement or similar instrument in order to show our interest in the Equipment.

14. SECURITY DEPOSIT: The security deposit is non-interest bearing and is to secure your performance under this Agreement. Any security deposit made may be applied by us to satisfy any amount owed by you, in which event you will promptly restore the security deposit to its full amount as set forth above. If all conditions herein are fully complied with and provided you have not ever been in default of this Agreement per paragraph 12, the security deposit will be refunded to you after the return of the equipment in accordance with paragraph 6.

15. CONSENT TO LAW, JURISDICTION, AND VENUE: This Agreement shall be deemed fully executed and performed in the state of Lessor or its Assignee's principal place of business and shall be governed by and construed in accordance with its laws. If the Lessor or its Assignee shall bring any judicial proceeding in relation to any matter arising under the Agreement, the Customer irrevocably agrees that any such matter may be adjudged or determined in any court or courts in the state of the Lessor or its Assignee's principal place of business, or in any court or courts in Customer's state of residence, or in any other court having jurisdiction over the Customer or assets of the Customer, all at the sole election of the Lessor. The Customer hereby irrevocably submits generally and unconditionally to the jurisdiction of any such court so elected by Lessor in relation to such matters. YOU WAIVE TRIAL BY JURY IN ANY ACTION BETWEEN US.

16. LESSEE GUARANTY: You agree to submit the original of the Agreement documents with the security deposit to the Lessor via overnight courier the same day of the facsimile or electronic mail transmission of the signed lease documents. Should we fail to receive these originals, you agree to be bound by the faxed or electronically mailed copy of this Agreement with appropriate signatures. Lessee waives the right to challenge in court the authenticity of a faxed or electronically mailed signed copy of this Agreement and the faxed or electronically mailed copy containing your faxed or scanned signature and our original signature shall be considered the sole original for all purposes, including without limitation, any enforcement action under paragraph 12.

17. OVERAGES AND COST ADJUSTMENTS: You agree to comply with any billing procedures designated by us, including notifying us of the meter reading on the Billing Date. If meter readings are not received, we reserve the right to estimate your usage and bill you for that amount. At the end of the first year of this Agreement and once each successive twelve month period, we may increase your payment, and the per page charge over the pages included (Overage) by a maximum of 10% of the existing charge, or if less, the maximum amount permitted by applicable law.

18. COMPUTER SOFTWARE: Not withstanding any other terms and conditions of this Agreement, you agree that as to software only: a) We have not had, do not have, nor will have any title to such software, b) You have executed or will execute a separate software license Agreement and we are not a party to and have no responsibilities whatsoever in regards to such license Agreement, c) You have selected such software and as per Agreement paragraph 5, WE MAKE NO WARRANTIES OF MERCHANTABILITY, DATA ACCURACY, SYSTEM INTEGRATION OR FITNESS FOR USE AND TAKE ABSOLUTELY NO RESPONSIBILITY FOR THE FUNCTION OR DEFECTIVE NATURE OF SUCH SOFTWARE, SYSTEMS INTEGRATION, OR OTHERWISE IN REGARDS TO SUCH SOFTWARE. CUSTOMER'S LEASE PAYMENTS AND OTHER OBLIGATIONS UNDER THIS LEASE AGREEMENT SHALL IN NO WAY BE DIMINISHED ON ACCOUNT OF, OR IN ANY WAY RELATED TO THE ABOVE SAID SOFTWARE LICENSE AGREEMENT OF FAILURE IN ANY WAY OF THE SOFTWARE.

24715 - 01/11/2010

# EXHIBIT B

Attachments:          SAccounting17122914516.bot

The purpose of this email is to give Konica Minolta Premier Finance a one (1) month notice that The Greenbrier wishes to terminate the attached agreement and return all listed equipment on or before February 1, 2018.

Thank you for your patience and cooperation during the term of this agreement.

*Elaine Butler*

CFO/Treasurer
The Greenbrier
300 West Main Street
White Sulphur Springs, WV  24986
Office:  304-536-7846
Mobile:  304-573-5892

For an unforgettable vacation to America's Resort, please call 800-624-6070 or visit www.greenbrier.com. We look forward to welcoming you to The Greenbrier – where experiences are timeless, excitement contagious and memories last forever.

1          *2019-09791-CT*

# EXHIBIT C

THE MR&W BUILDING
· 26000 Cannon Road
Cleveland, Ohio 44146
Phone 440.735.5100
Fax 440.735.5110

September 12, 2018

Justice Family Group, Llc
Joshua Brown
300 West Main Street
White Sulphur Spring, WV 24986

Re: CIT Finance LLC and Justice Family Group, Llc
Balance Due: $303,782.06
File #: 30264138

| Lease #  | Balance |
|----------|---------|
| 061-0056813-000 | $230,895.32 |
| 061-0095579-005 | $5,382.47 |
| 061-0075259-000 | $1,046.04 |
| 061-0050588-000 | $8,505.22 |
| 061-0005535-000 | $57,953.01 |

Dear Joshua Brown,

Be advised that CIT Finance LLC has requested our office initiate collection action regarding the above captioned claim. They indicate that they have made repeated efforts to resolve this issue, all of which have proven unsuccessful.

At this point it is essential you keep the following in mind when considering how you respond:

1. You voluntarily contracted with CIT Finance LLC resulting in the balance outstanding.
2. You were aware of billing terms at the time you contracted for said goods and/or services.
3. To date you have refused to resolve this issue.

This letter is being sent to allow you an opportunity to resolve this issue on a voluntary level. In the event you choose to do so, make check payable to CIT Finance LLC in the amount of $303,782.06 and mail to this office at 26000 Cannon Rd., Cleveland, OH 44146. If you feel the need to discuss this matter, contact me directly.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Thank you in advance for your anticipated cooperation.

Jeffrey Schug
440-735-5100 Ext. 5376

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please see reverse side for important consumer rights information.

*2019-09791-CT*

# EXHIBIT D

The MH&W Building
26000 Cannon Road
Cleveland, Ohio 44146
Phone 440.735.5100
Fax 440.735.5116

October 16, 2018

Law Office Of Terence P. Ruf, Jr
Terence Ruf
218 North Church Street
Ste 278E
West Chester, PA 19380

<u>VIA EMAIL ONLY</u>

Re: CIT Finance LLC and Justice Family Group, Inc
Account #: 061-0095579-000
Invoice(s):
Balance Due: $303,782.06
File #: 30264758

Mr. Ruf,

As requested I have attached a list of all of the assets serial numbers, copies of the final billings for each of the leases, and corporate guaranty in reference to the above debt.

My contact information follows. Please call me to discuss the matter further. I look forward to your call.

Kind Regards,

Jeffrey Schug,
(440) 735-5100 ext. 2376

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Notice: See Following Page for Important Consumer Rights Information.

rights by state. If you do not reside in one of these states, you may have the same or similar rights under state or federal law.

**CALIFORNIA:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Cal. Civ. Code § 1812.700

"Nonprofit credit counseling services may be available in the area."

"As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations."

**COLORADO:**

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WW.COAG.GOV/CAR

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**MAINE:**

Our hours of operation are Mon - Fri 8:00am to 5:00pm EST.

**MASSACHUSETTS:**

NOTICE OF IMPORTANT RIGHTS.

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

Hours of operation are Mon - Fri 8:00am to 5:00pm EST.

**MINNESOTA:**

This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK CITY:**

New York City Department of Consumer Affairs license number 1465527.

**NEW YORK:**

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: the use or threat of violence; the use of obscene or profane language; and repeated phone calls made with the intent to annoy, abuse or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**NORTH CAROLINA:**

North Carolina Department of Insurance Permit No. 113590; 26000 Cannon Rd. Cle., OH 44146; 113591: 7088 W. 130th St. Middleburg Heights, OH 44130; 113592: 9910 E. 42nd St. Suite 201 Tulsa, OK 74146.

**TENNESSEE:**

This collection agency is licensed by the Collection Services Board, State Department of Commerce and Insurance. 500 James Robertson Parkway, Nashville, TN 37243.

**WISCONSIN:**

This collection agency is licensed by the of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.



PREMIER FINANCE

## Corporate Guaranty

For valuable consideration, the undersigned, James C Justice Companies, Inc. (the "Guarantor") does unconditionally guarantee to, Konica Minolta Premier Finance ("Lessor") the prompt, and complete payment and performance of the obligations of Justice Family Group, LLC d/b/a The Greenbrier (the "Lessee") under the Premier Lease Agreement, Premier Advantage Agreement, Master Lease Agreement, or other type of lease agreement (each, the "Lease") entered into between Lessor and Lessee, executed by Lessee on January 13th, 2011. Nothing shall discharge or satisfy Guarantor's liability hereunder except the full performance and indefeasible payment of the obligations of Lessee to Lessor under the Lease.

If Lessor assigns the Lease to a third party, Lessor may also assign its rights in this guaranty to that third party, in which case the third party would be entitled to enforce all of Lessor's rights hereunder. However, even after such assignment, this document would continue to be fully enforceable by Lessor with respect to all obligations due and owing at any time from Lessee to Lessor under the Lease not assigned by Lessor and all obligations to Lessor accruing before assignment of any such Lease.

The Guarantor may not assign this guaranty or any portion hereof, or any or all of its obligations hereunder, without the prior, express written consent of Lessor.

Guarantor waives notice of acceptance, all notices and consent of any kind, protest, dishonor, non-payment, and demand for presentment. Guarantor waives any claim, right or remedy, which Guarantor may now have, or hereafter acquire against Lessee. Guarantor waives all exemptions and homestead laws and defenses given to sureties and guarantors other than the complete fulfillment of all obligations.

The liability of Guarantor is direct and unconditional. Lessor may enforce that liability without resorting to any other right, remedy, security or entity. All of Lessor's remedies are cumulative. Lessor may extend any deadline or payment due date, modify any agreement, defer acceleration, postpone the enforcement of any agreement and release or add any collateral and any party primarily or secondarily liable without affecting the liability of any Guarantor. There are no conditions precedent to this guaranty.

Lessor and Guarantor hereby waive any right to trial by jury that any of them may have in any action between or among them. The jury waiver provisions shall survive any assignment hereof and shall continue to bind the parties hereto in any dispute subsequent to any assignment.

This written document constitutes the entire agreement. No amendment or modification of this guaranty shall be valid unless in writing and executed by an officer of Lessor. This Guaranty shall extend to and bind the permitted successors and assigns of Guarantor.

This Guaranty shall be governed by the internal laws of the State of New Jersey. Any provisions contrary to, prohibited by, or invalid under applicable laws or regulations shall be inapplicable and deemed omitted but shall not invalidate the remaining provisions. Time is of the essence of this agreement. This entire document has been read by the undersigned Guarantor and is ratified and confirmed.

IN WITNESS WHEREOF, the undersigned executes this Guaranty effective the 26th day of January, 2011.

Guarantor: James C Justice Companies Inc.

By:

Print Name: James F. Miller

Title/Date: Treasurer   1-27-2011

This Guaranty has been approved by Guarantor and N/A, the person signing above is authorized to sign on behalf of Guarantor and to bind Guarantor hereunder.

(Assistant) Secretary of Guarantor

Type Name: Stephen W. Ball

CorpGuarMLA 02/2011 Hb2000 A34                                        1

| | |
|---|---|
| 15LB - 15LBF0802 | 061-0056813-000 |
| 15LB - 15LBF0803 | 061-0056813-000 |
| 15LB - 15LBF0804 | 061-0056813-000 |
| 15LB - 15LBF0805 | 061-0056813-000 |
| 15LB - 15LBF0806 | 061-0056813-000 |
| 15LB - 15LBF0807 | 061-0056813-000 |
| 15LB - 15LBF0808 | 061-0056813-000 |
| 15LB - 15LBF0810 | 061-0056813-000 |
| 15LB - 15LBF0842 | 061-0056813-000 |
| 15LB - 15LBF0843 | 061-0056813-000 |
| 15LB - 15LBF1033 | 061-0056813-000 |
| 15LB - 15LBF1034 | 061-0056813-000 |
| 15LB - 15LBF1035 | 061-0056813-000 |
| 15LB - 15LBF1036 | 061-0056813-000 |
| 15LB - 15LBF1037 | 061-0056813-000 |
| 15LB - 15LBF1038 | 061-0056813-000 |
| 15LB - 15LBF1039 | 061-0056813-000 |
| 15LB - 15LBF1040 | 061-0056813-000 |
| 15LB - 15LBF1041 | 061-0056813-000 |
| 15US - 15US556767 | 061-0056813-000 |
| 15US - 15US57246 | 061-0056813-000 |
| A121011 - A121011005245 | 061-0056813-000 |
| A121011 - A121011005578 | 061-0056813-000 |
| A121011 - A121011006017 | 061-0056813-000 |
| A121011 - A121011006032 | 061-0056813-000 |
| A121011 - A121011006036 | 061-0056813-000 |
| A121011 - A121011006041 | 061-0056813-000 |
| A121011 - A121011006603 | 061-0056813-000 |
| A121011 - A121011006665 | 061-0056813-000 |
| A121011 - A121011006667 | 061-0056813-000 |
| A121011 - A121011006669 | 061-0056813-000 |
| A121011 - A121011006670 | 061-0056813-000 |
| A1UD011 - A1UD011005508 | 061-0056813-000 |
| A1V4WY2 - A1V4WY2010233 | 061-0056813-000 |
| A22M011 - ARRM011006387 | 061-0056813-000 |
| AIOUWY1 - AIOUWY1003217 | 061-0056813-000 |
| AIOUWY1 - AIOUWY1003235 | 061-0056813-000 |
| AOEDD011 - AOED011014338 | 061-0056813-000 |
| AOEDD011 - AOED011014344 | 061-0056813-000 |
| AOEDD011 - AOED011014346 | 061-0056813-000 |
| AOEDD011 - AOED011014350 | 061-0056813-000 |
| AOEDD011 - AOED011014363 | 061-0056813-000 |
| AOEDD011 - AOED011014443 | 061-0056813-000 |
| AOEDD011 - AOED011014359 | 061-0056813-000 |
| AOEDD013 - AOED013010954 | 061-0056813-000 |
| AOEDD013 - AOED013010979 | 061-0056813-000 |

AOED0015 - AOED013011018        061-0056813-000
AOED0015 - AOED013011028        061-0056813-000
AOED013 - AOED013011041         061-0056813-000
AOED11 - AOED011014337          061-0056813-000
AOHRWY2 - AOHRWY20053253        061-0056813-000
AOHRWY2 - AOHRWY2052060         061-0056813-000
AOHRWY2 - AOHRWY20523202        061-0056813-000
AOHRWY2 - AOHRWY2052474         061-0056813-000
AOHRWY2 - AOHRWY2052501         061-0056813-000
AOHRWY2 - AOHRWY2052570         061-0056813-000
AOHRWY2 - AOHRWY2052604         061-0056813-000
AOHRWY2 - AOHRWY2053069         061-0056813-000
AOHRWY2 - AOHRWY2053163         061-0056813-000
AOHRWY2 - AOHRWY2053223         061-0056813-000
AOHRWY2 - AOHRWY2053233         061-0056813-000
AOHRWY2 - AOHRWY2053243         061-0056813-000
AOHRWY2 - AOHRWY2053276         061-0056813-000
AOHRWY2 - AOHRWY2053302         061-0056813-000
AOHRWY2 - AOHRWY2053317         061-0056813-000
AOHRWY2 - AOHRWY2053555         061-0056813-000
AOHRWY2 - AOHRWY2053601         061-0056813-000
AOHRWY2 - AOHRWY2053602         061-0056813-000
AOHRWY2 - AOHRWY2055459         061-0056813-000
AOHUWY1 - AOHUWY1148350         061-0056813-000
AOHUWY1 - AOHUWY1148355         061-0056813-000
AOHUWY1 - AOHUWY1148361         061-0056813-000
AOHUWY1 - AOHUWY1148362         061-0056813-000
AOHUWY1 - AOHUWY1148829         061-0056813-000
AOHUWY1 - AOHUWY1148831         061-0056813-000
AOHUWY1 - AOHUWY1148834         061-0056813-000
AOHUWY1 - AOHUWY1148835         061-0056813-000
AOHUWY1 - AOHUWY1148836         061-0056813-000
AOHUWY1 - AOHUWY1148865         061-0056813-000
AOHUWY1 - AOHUWY1148874         061-0056813-000
AOHUWY1 - AOHUWY1148877         061-0056813-000
AOHUWY1 - AOHUWY1188882         061-0056813-000
AOHUWY1 - AOHUWY1148871         061-0056813-000
AOP0011 - AOP0011004165         061-0056813-000
AOP0011 - AOP0011004169         061-0056813-000
AOP2011 - AOP2011010548         061-0056813-000
AOP2011 - AOP2011010613         061-0056813-000
AOP2011 - AOP2011010615         061-0056813-000
AOU7WY2 - AOU7WY2020272         061-0056813-000
AOWJWY3 - AOWJWY3007917         061-0056813-000
AOWJWY3 - AOWJWY3007918         061-0056813-000
AOWJWY3 - AOWJWY3007919         061-0056813-000

| | |
|---|---|
| AOWJWY3 - AOWJWY3007922 | 061-0056813-000 |
| AOWJWY3 - AOWJWY3007925 | 061-0056813-000 |
| AOWJWY3 - AOWJWY3007927 | 061-0056813-000 |
| AOWJWY3 - AOWJWY3007930 | 061-0056813-000 |
| AOWJWY3 - AOWJWY3008024 | 061-0056813-000 |
| AOWJWY3 - AOWJWY3008082 | 061-0056813-000 |
| AOWJWY3 - AOWJWY3008085 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042414 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042417 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042438 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042440 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042442 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042443 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042445 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042495 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042496 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042497 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042498 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042499 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042500 | 061-0056813-000 |
| AOXWWY2 - AOXWWY2042501 | 061-0056813-000 |
| AOY5011 - AOY5011003023 | 061-0056813-000 |
| AOY5011 - AOY5011003028 | 061-0056813-000 |

| | |
|---|---|
| 15LB - 15LBH7780 | 061-0060588-000 |
| A0ED012 - A0ED012015828 | 061-0060588-000 |
| A0WJWY3 - A0WJWY3014038 | 061-0060388-000 |
| A0XWWY2 - A0XWWY2041936 | 061-0060388-000 |
| A121011 - A121011008496 | 061-0060388-000 |
| A0HRWY2 - A0HRWY2067070 | 061-0060388-000 |
| A0HUWY1 - A0HUWY1236365 | 061-0060388-000 |
| A0HUWY1 - A0HUWY1236367 | 061-0060388-000 |
| | |
| 15LB - 15LBH1008 | 061-0065535-000 |
| 15LB - 15LBH1009 | 061-0065535-000 |
| 15LB - 15LBH1016 | 061-0065535-000 |
| 15LB - 15LBH1017 | 061-0065535-000 |
| A0ED012 - A0ED012017242 | 061-0065535-000 |
| A0ED012 - A0ED012017243 | 061-0065535-000 |
| A0ED012 - A0ED012017250 | 061-0065535-000 |
| A0ED012 - A0ED012017266 | 061-0065535-000 |
| A0HRWY2 - A0HRWY2143454 | 061-0065535-000 |
| A0HRWY2 - A0HRWY2144027 | 061-0065535-000 |
| A0HRWY2 - A0HRWY2144032 | 061-0065535-000 |
| A0HRWY2 - A0HRWY2144034 | 061-0065535-000 |
| A0HUWY1 - A0HUWY1290808 | 061-0065535-000 |
| A0HUWY1 - A0HUWY1292859 | 061-0065535-000 |
| A0HUWY1 - A0HUWY1292864 | 061-0065535-000 |
| A0HUWY1 - A0HUWY1292877 | 061-0065535-000 |
| | |
| A121011 - A121011017640 | 061-0075759-000 |
| | |
| A121011 - A121011300143 | 061-0095579-000 |
| A121011 - A121011300861 | 061-0095579-000 |

### Balance Breakdown

| Lease # | Balance Due |
|---|---|
| 061-0056813-000 | $230,895.32 |
| 061-0060388-000 | $8,505.22 |
| 061-0065535-000 | $57,953.01 |
| 061-0075759-000 | $1,046.04 |
| 061-0095579-000 | $5,382.47 |
| Total Due | $303,782.06 |

*2019-09791-CT*

# EXHIBIT E

*2019-09791-CT*

| Check/Item # | Date Received | Rental Amount | Rental Tax | Late Charge(s) | Late Charge Tax | Misc. Received |
|---|---|---|---|---|---|---|
| NTGL4700 | 08/30/2018 | - | - | | - | 1,572.70 |
| 77105 | 01/16/2018 | - | - | 1,670.98 | | - |
| 77105 | 01/16/2018 | - | - | 10,002.70 | - | |
| 77105 | 01/16/2018 | 6,589.94 | 394.34 | 3,423.72 | - | |
| 77105 | 01/16/2018 | - | - | 18.88 | - | - |
| 76383 | 12/05/2017 | - | - | 5,984.02 | - | - |
| 76383 | 12/05/2017 | - | - | 10,368.00 | - | - |
| 75940 | 10/24/2017 | - | - | 9,153.49 | - | - |
| 74913 | 09/25/2017 | 11,322.07 | 679.37 | - | - | - |
| 74913 | 09/25/2017 | - | - | 10,368.00 | - | - |
| 74480 | 09/05/2017 | 9,483.57 | 569.13 | - | - | - |
| 74480 | 09/05/2017 | 2,984.02 | 179.12 | - | - | 7,224.86 |
| 73647 | 07/12/2017 | 9,436.41 | 566.29 | - | - | - |
| 73647 | 07/12/2017 | 9,752.76 | 585.24 | - | - | 50.00 |
| 73647 | 07/12/2017 | 248.20 | 14.89 | - | - | |
| WIR01458 | 06/21/2017 | 4,112.84 | 246.76 | - | - | 5,643.30 |
| WIR01458 | 06/21/2017 | 9,799.94 | 588.06 | - | - | - |
| WIR01458 | 06/21/2017 | 1,930.95 | 115.88 | - | - | - |
| WIR01458 | 06/21/2017 | 1,866.60 | 112.03 | - | - | - |
| WIR01458 | 06/21/2017 | 3,462.27 | 207.80 | - | - | 50.00 |
| WIR00669 | 06/21/2017 | 9,436.48 | 566.22 | - | - | - |
| WIR00669 | 06/21/2017 | 9,752.68 | 585.32 | - | - | 50.00 |
| WIR00669 | 06/21/2017 | 9,436.48 | 566.22 | - | - | - |
| WIR00669 | 06/21/2017 | 9,070.75 | 544.41 | - | - | 772.84 |
| WIR00669 | 06/21/2017 | 9,436.50 | 566.20 | - | - | - |
| WIR00669 | 06/21/2017 | 9,752.66 | 585.34 | - | - | 50.00 |
| WIR00669 | 06/21/2017 | 2,548.55 | 152.91 | - | - | - |
| WIR00669 | 06/21/2017 | 9,436.46 | 566.24 | - | - | - |
| WIR00669 | 06/21/2017 | 9,752.70 | 585.30 | - | - | 50.00 |

CIT-JFG00966

| | | | | | | |
|---|---|---|---|---|---|---|
| WIR00669 | 06/21/2017 | 9,436.44 | 566.26 | - | - | |
| WIR00669 | 06/21/2017 | 9,551.69 | 573.22 | - | - | 263.09 |
| WIR00669 | 06/21/2017 | 9,436.45 | 566.25 | - | - | - |
| WIR00669 | 06/21/2017 | 9,752.71 | 585.29 | - | - | 50.00 |
| WIR00669 | 06/21/2017 | 1,819.46 | 109.17 | - | - | - |
| WIR00669 | 06/21/2017 | 730.69 | 43.84 | - | - | - |
| WIR00669 | 06/21/2017 | 129.42 | 7.77 | - | - | 2,615.67 |
| 71872 | 04/13/2017 | 7,143.19 | 428.74 | - | - | - |
| 71523 | 02/21/2017 | 5,366.23 | 322.01 | - | - | - |
| 71310 | 02/13/2017 | 1,866.63 | 112.00 | - | - | - |
| 71067 | 01/31/2017 | 9,436.45 | 566.25 | - | - | 50.00 |
| 71067 | 01/31/2017 | 9,752.71 | 585.29 | - | - | 2,885.55 |
| 70523 | 01/11/2017 | 24,143.78 | 1,448.82 | - | - | 2,285.54 |
| 70315 | 12/13/2016 | 11,434.07 | 686.25 | - | - | - |
| 70315 | 12/13/2016 | 9,800.00 | 588.00 | - | - | - |
| 69761 | 11/07/2016 | 9,436.46 | 566.24 | - | - | 4,018.22 |
| 69761 | 11/07/2016 | 6,009.10 | 360.68 | - | - | - |
| 69512 | 10/19/2016 | 9,436.46 | 566.24 | - | - | 50.00 |
| 69512 | 10/19/2016 | 9,752.70 | 585.30 | - | - | - |
| 69243 | 10/11/2016 | 2,018.48 | 121.11 | - | - | 50.00 |
| 69111 | 10/03/2016 | | | 1,970.69 | - | - |
| 69111 | 10/03/2016 | 9,436.33 | 566.37 | - | - | - |
| 69111 | 10/03/2016 | 9,799.82 | 588.18 | - | - | - |
| 69111 | 10/03/2016 | 3,476.24 | 208.57 | - | - | 1,755.18 |
| 69111 | 10/03/2016 | 7,779.73 | 466.79 | - | - | - |
| 69111 | 10/03/2016 | 9,800.00 | 588.00 | - | - | - |
| 68858 | 09/21/2016 | 9,436.33 | 566.37 | - | - | - |
| 68858 | 09/21/2016 | 9,800.00 | 588.00 | - | - | 50.00 |
| 68700 | 09/12/2016 | - | - | 1,928.63 | - | 49.12 |
| 65531 | 05/31/2016 | - | - | - | - | |
| 65531 | 05/31/2016 | - | - | 3,187.00 | - | |

CIT-JFG00967

| | | | | | | |
|---|---|---|---|---|---|---|
| 65320 | 05/27/2016 | 4,568.72 | 274.20 | - | - | |
| 65320 | 05/27/2016 | 296.64 | 17.80 | - | - | - |
| 65320 | 05/27/2016 | 901.49 | 54.11 | - | - | - |
| 65320 | 05/27/2016 | 8.89 | 0.53 | - | - | - |
| 65205 | 05/26/2016 | 8,974.67 | 538.67 | - | - | 50.00 |
| 65206 | 05/26/2016 | - | - | - | - | 485.78 |
| 65206 | 05/26/2016 | 8,031.64 | - | - | - | - |
| 64885 | 05/26/2016 | 18,301.14 | 1,098.26 | 9.05 | - | - |
| 64880 | 03/11/2016 | - | - | - | - | 50.00 |
| 64584 | 03/02/2016 | 17,422.22 | 1,004.65 | - | - | 972.58 |
| 63501 | 01/04/2016 | 18,301.19 | 1,045.21 | - | - | 12.88 |
| 63502 | 01/04/2016 | - | - | - | - | 1,354.50 |
| 61378 | 12/30/2015 | 202.52 | 12.15 | - | - | 2,653.35 |
| 62559 | 11/09/2015 | - | - | - | - | 3,572.80 |
| | 11/09/2015 | - | - | - | - | 8,310.00 |
| | 11/09/2015 | 18,301.19 | 1,094.45 | - | - | - |
| | 11/09/2015 | 18,301.19 | 1,094.45 | - | - | - |
| 62562 | 11/09/2015 | - | - | 3.56 | - | - |
| 62560 | 11/09/2015 | - | - | 3.56 | - | - |
| 62561 | 11/09/2015 | 1,731.27 | 103.85 | - | - | - |
| 62561 | 11/09/2015 | 3,927.95 | 235.63 | - | - | 4,510.92 |
| 61199 | 09/02/2015 | 1,704.30 | 93.70 | - | - | 87.12 |
| 48238 | 09/02/2015 | 2,639.45 | 158.38 | - | - | - |
| | 09/02/2015 | 18,301.19 | 1,098.01 | - | - | - |
| | 09/02/2015 | 6,090.11 | 365.41 | - | - | - |
| | 09/02/2015 | 18,301.19 | 1,098.01 | - | - | - |
| | 09/02/2015 | 4,181.96 | 250.92 | - | - | 100.00 |
| | 09/02/2015 | 6,120.21 | 367.21 | - | - | 7,398.36 |
| | 09/02/2015 | 12,180.98 | 730.80 | 5,086.29 | - | 50.00 |
| | 08/07/2015 | 18,301.19 | 1,098.01 | - | - | - |
| | 08/07/2015 | 18,301.19 | 1,098.01 | - | - | - |

CIT-JFG00968

2019−09791−CT

| | | | | | | |
|---|---|---|---|---|---|---|
| | 08/07/2015 | 1,595.90 | 101.97 | - | - | - |
| | 08/07/2015 | 1,694.20 | 101.87 | - | - | - |
| | 08/07/2015 | 8,616.46 | 517.02 | - | - | - |
| | 08/07/2015 | 1,778.38 | 106.74 | - | - | - |
| | 07/22/2015 | 4,198.60 | 251.99 | - | - | 9,812.74 |
| 46581 | 03/31/2015 | - | - | 1,033.12 | - | 50.00 |
| 46582 | 03/31/2015 | 17,458.73 | 1,047.54 | - | - | - |
| 47599 | 02/09/2015 | - | - | 930.73 | - | 50.00 |
| | 01/05/2015 | 2,028.96 | 121.77 | - | - | 4,399.79 |
| 45082 | 12/08/2014 | 17,458.73 | 1,047.54 | - | - | - |
| 43818 | 10/15/2014 | - | - | 1,370.25 | - | 50.00 |
| 43818 | 10/15/2014 | 21,246.15 | 1,274.70 | - | - | - |
| 43818 | 10/15/2014 | - | - | - | - | 50.00 |
| 41926 | 09/29/2014 | 21,377.93 | 1,047.54 | - | - | - |
| 42271 | 09/29/2014 | 2,074.56 | 214.93 | - | - | - |
| 42271 | 09/29/2014 | 15,102.48 | 1,064.30 | - | - | 50.00 |
| 42290 | 08/15/2014 | - | - | - | - | 5,323.01 |
| 40942 | 07/14/2014 | 21.93 | - | 1,526.10 | - | 50.00 |
| | 07/14/2014 | 15,542.37 | 1,047.54 | - | - | - |
| | 06/23/2014 | 3,452.97 | 214.93 | - | - | - |
| | 06/23/2014 | 19,678.13 | 1,045.84 | 1,748.04 | - | 50.00 |
| | 05/16/2014 | 3,143.97 | - | 30.00 | - | - |
| | 05/16/2014 | 6,194.30 | - | - | - | - |
| | 05/16/2014 | 21,747.74 | - | - | - | - |
| | 05/16/2014 | 23,357.10 | 1,402.02 | - | - | - |
| | 05/16/2014 | 17,740.09 | 2,929.62 | - | - | 2,152.23 |
| | 05/16/2014 | - | - | - | - | 25,709.06 |
| | 05/16/2014 | 28.30 | 1.70 | 12,821.38 | - | 6,772.53 |
| 35776 | 01/29/2014 | 16,699.76 | 1,002.24 | 1,133.30 | - | 50.00 |
| 34411 | 12/03/2013 | 19,329.59 | 1,160.14 | - | - | 5,124.18 |
| 32715 | 10/30/2013 | 23,451.25 | 1,614.25 | - | - | 50.00 |

CIT-JFG00969

*2019-09791-CT*

| | | | | | | |
|---|---|---|---|---|---|---|
| | 08/05/2013 | 18,279.93 | 1,096.80 | | | 50.00 |
| 26226 | 07/26/2013 | 18,121.94 | 1,257.79 | - | - | 50.00 |
| 27332 | 07/05/2013 | 16,699.76 | 1,001.99 | 1,606.60 | - | 56.00 |
| 26572 | 05/20/2013 | 15,093.16 | 1,001.99 | 3,213.20 | - | 53.00 |
| 25658 | 04/15/2013 | 16,016.00 | 960.96 | 1,606.60 | - | 53.00 |
| 25016 | 03/26/2013 | 10,942.85 | 956.57 | 1,058.85 | - | 53.00 |
| 25016 | 03/26/2013 | - | - | 1,440.94 | - | - |
| 25016 | 03/26/2013 | 4,447.74 | - | | - | |
| 25361 | 02/21/2013 | 15,711.61 | 1,265.35 | - | - | 53.00 |
| 23212 | 01/16/2013 | 16,016.00 | 960.96 | - | - | 53.00 |
| | 11/06/2012 | 2,135.83 | - | - | - | - |
| | 11/06/2012 | 24,573.79 | 1,279.92 | - | - | 5,296.42 |
| | 10/10/2012 | 15,746.95 | 1,230.00 | - | - | - |
| 694 | 09/18/2012 | 93.58 | - | - | - | - |
| 20557 | 08/12/2012 | 3,052.78 | - | - | - | - |
| 9304 | 09/07/2012 | 16,016.00 | 960.96 | - | - | - |
| 8369 | 09/07/2012 | 16,016.00 | 960.96 | - | - | 53.00 |
| 8369 | 09/07/2012 | 1,606.60 | - | - | - | 53.00 |
| 20331 | 09/04/2012 | - | - | 3,208.20 | - | 53.00 |
| 9305 | 08/03/2012 | - | - | 1,606.60 | - | 53.00 |
| 8035 | 07/26/2012 | 16,016.00 | 960.96 | - | - | - |
| | 07/26/2012 | 16,016.00 | 960.96 | 1,545.00 | - | 53.00 |
| 7348 | 06/04/2012 | - | - | - | - | 53.00 |
| 5827 | 04/09/2012 | 16,016.00 | 960.96 | - | - | - |
| 5827 | 04/09/2012 | - | - | 1,545.00 | - | 53.00 |
| 70 5045 | 04/09/2012 | 15,400.00 | 924.00 | - | - | - |
| 70 5045 | 04/09/2012 | - | - | 1,545.00 | - | 53.00 |
| 4281 | 02/21/2012 | 15,400.00 | 924.00 | - | - | 53.00 |
| 3571 | 01/23/2012 | 15,400.00 | 924.00 | 1,545.00 | - | 53.00 |
| 3571 | 01/23/2012 | 15,400.00 | 924.00 | - | - | 53.00 |
| 1759 | 11/07/2011 | 15,400.00 | 924.00 | 175.82 | - | 53.00 |

CIT-JFG00970

| | | | | | | |
|---|---|---|---|---|---|---|
| | 08/26/2011 | | | 14.32 | | |
| | 08/05/2011 | 5,600.00 | 705.95 | 142.05 | | 106.00 |
| | 08/05/2011 | | 218.05 | | | |
| | 08/05/2011 | 9,800.00 | | | | |
| 8203 | 08/03/2011 | 15,400.00 | 924.00 | 2,110.00 | | 53.00 |
| 7039 | 06/20/2011 | 15,400.00 | 924.00 | 2,632.17 | | |
| 5885 | 05/24/2011 | 15,400.00 | 924.00 | | | 53.00 |
| 5781 | 05/17/2011 | 15,400.00 | 924.00 | | | 11,010.67 |
| 5781 | 05/17/2011 | 9,800.00 | 588.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Group count: 172 records | | 1,406,252.83 | 84,271.16 | 119,405.20 | | 136,679.87 |
| Grand total: 172 records | | 1,406,252.83 | 84,271.16 | 119,405.20 | | 136,679.87 |

CIT-JFG00971

2019-09791-CT



**Case Title:**         JUSTICE FAMILY GROUP LLC VS. CIT FINANCE LLC et al

**Case Number:**    2019-09791-CT

**Type:**           PRAECIPE - REINSTATE COMPLAINT BY


REINSTATED

Matt Holliday, Prothonotary

Stephanie M. B. Peery, Deputy


Electronically signed on 2019-11-12 10:28:48     page 38 of 38

U.S. POSTAGE PAID
PON-19 ENV
WEST CHESTER, PA
19380
NOV 15 '19
AMOUNT
**$8.35**
R2304H109899-03

07039

1000

7018 0680 0001 1255 1238

The Law Office of Terence P. Ruf, Jr.
218 North Church Street
Suite E
West Chester, Pennsylvania 19380

RETURN RECEIPT
REQUESTED

CIT Finance, LLC
1 CIT Drive
#2108-A
Livingston, New Jersey 07039

Attention: President

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JUSTICE FAMILY GROUP, LLC <br>       Plaintiff, <br><br>    v. <br><br> CIT FINANCE, LLC, <br>       Defendant, <br>    and <br><br> KONICA MINOLTA BUSINESS <br> SOLUTIONS, U.S.A., INC. <br>       Defendant. | Civil Action No. _____ <br><br><br> ON REMOVAL FROM <br> CASE NO. 2019-09791-CT <br> CHESTER COUNTY, PENNSYLVANIA |

## CONSENT TO REMOVAL

Defendant Konica Minolta Business Solutions, U.S.A., Inc. ("KMBS"), by and through its counsel, Gibbons P.C., hereby consents to the removal of this action pursuant to the Notice of Removal filed in the United States District Court for the Eastern District of Pennsylvania by Defendant CIT Finance, LLC, for removal of an action pending in the Chester County Court of Common Pleas, captioned *Justice Family Group, LLC v. CIT Finance, LLC and Konica Minolta Business Solutions, U.S.A., Inc.* (Chester. C.C.P., Case No. 2019-09791-CT)

Dated:  December _//_, 2019

Respectfully Submitted,

Stephen J. Finley
Gibbons P.C.
One Logan Square
130 North 18th Street, Suite 1210
Philadelphia, PA   19103-2769
Telephone: 215-446-6265
Email: sfinley@gibbonslaw.com

*Counsel for Defendant Konica Minolta Business Solutions, U.S.A., Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC. | ) | Civil Action No. _____ |
| | ) | |
| Plaintiff | ) | Removed from Fulton County |
| | ) | Superior Court |
| v. | ) | Civil Action No.  2011cv209340 |
| | ) | |
| JUSTICE FAMILY GROUP, LLC | ) | **ELECTRONICALLY FILED** |
| d/b/a The Greenbrier | ) | |
| Defendant | ) | |

## NOTICE OF REMOVAL

Defendant Justice Family Group, LLC d/b/a The Greenbrier ("The Greenbrier") by undersigned counsel, hereby removes the above-captioned action from the Superior Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1446 and respectfully files this Notice of Removal and states:

1.    On or about December 19, 2011, plaintiff Delta Air Lines, Inc. ("Delta") commenced this action against The Greenbrier by filing a complaint in the Superior Court of Fulton County, Civil Action No. 2011cv209340.

2.    As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1446 because The Greenbrier has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## THE GREENBRIER HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

3.    The Greenbrier was served with a copy of the plaintiff's complaint subsequent to December 19, 2011. This Notice of Removal is being filed within 30 days of the first date on which The Greenbrier received a copy of the complaint through service or otherwise. This Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

4.    The Superior Court of Fulton County is located within the Northern District of Georgia, Atlanta Division, and therefore venue is proper in this Court under 28 U.S.C. § 97(a) because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5.    No further proceedings have been had in the state court action.

6.    No previous application has been made for the relief requested herein.

7.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings served upon The Greenbrier, which papers include the summons and complaint, is attached as Exhibit A.

## REMOVAL IS PROPER IN THIS CASE.

8.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest.

2

### A.    Complete Diversity of Citizenship Exists.

9.    The Greenbrier is a limited liability company.   Each and every member of The Greenbrier is and was at all times relevant hereto, including the time of the filing of this Notice of Removal and at the time of the commencement of Civil Action No. 2011cv209340, a resident and citizen of either West Virginia or Virginia.   The Greenbrier is thus a citizen of West Virginia and Virginia for purposes of diversity jurisdiction.  *See Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, __ F.3d ___, 2011 WL 6015801, at *1 (11th Cir. Dec. 5, 2011) (reaffirming that a limited liability company "is a citizen of any state in which a member of the company is a citizen").

10.    Delta is and was at all times relevant hereto, including the time of the filing of this Notice of Removal and at the time of the commencement of Civil Action No. 2011cv209340, a corporation organized under the laws of Delaware, with its principal place of business located in Atlanta, Georgia.   Delta is thus a citizen of Delaware and Georgia for purposes of diversity jurisdiction.  *See* 28 U.S.C. § 1332(c)(1).

### B.    The Amount in Controversy Requirement is Satisfied.

11.    Delta alleges damages in excess of $4 million.  *See* Complaint, ¶ 26. Delta's allegations thus meet the amount in controversy threshold.

3

12.    A copy of this Notice of Removal, together with copies of all process and pleadings in the civil action which are attached hereto, has been filed with the Clerk of the Superior Court of Fulton County, and served upon opposing counsel in accordance with 28 U.S.C. § 1446(d).  A true and correct copy of the Notice of Filing of Notice of Removal to United States District Court is attached hereto as Exhibit B.

WHEREFORE, The Greenbrier gives notice that the above-described action pending against it in the Superior Court of Fulton County is removed to this Court.

Respectfully submitted,

*/S/ Stan Kreimer, Jr.*
STAN KREIMER, JR.
Ga. Bar No. 429550

JOHNSON & WARD
2100 The Equitable Building
100 Peachtree Street
Atlanta, Georgia 30303
(404)524-5626
stan@johnsonward.com
*Counsel for Justice Family Group, LLC*
*d/b/a The Greenbrier*

4

AND


*/S/ Barry D. Hunter*

Barry D. Hunter


FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, KY  40507
Tel.:  (859) 231-0000
Fax:  (859) 231-0011
bhunter@fbtlaw.com
*Counsel for Justice Family Group, LLC*
*d/b/a The Greenbrier*


## CERTIFICATE TO FONT

In compliance with LR 5.1B, NDGa, I hereby certify that this document is prepared with 14 point Times New Roman.


*/S/ Stan Kreimer, Jr.*
STAN KREIMER, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2012, I electronically filed the foregoing

with the clerk of the court by using the CM/ECF system.   A copy of the foregoing

was also served upon plaintiff's counsel via U.S. Mail, First Class to:

Bruce P. Brown
McKenna Long & Aldridge LLP
303 Peachtree Street
Suite 5300
Atlanta, GA 30308.

*/S/ Stan Kreimer, Jr.*
STAN KREIMER, JR.
Ga. Bar No. 429550

JOHNSON & WARD
2100 The Equitable Building
100 Peachtree Street
Atlanta, Georgia 30303
(404)524-5626
stan@johnsonward.com
*Counsel for Justice Family Group, LLC*
*d/b/a The Greenbrier*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTICE FAMILY GROUP, LLC<br>　　　　Plaintiff, | : <br> : <br> : Civil Action No. _____ |
| 　v. | : <br> : <br> : |
| CIT FINANCE, LLC,<br>　　　Defendant,<br>　and | : <br> : <br> : |
| KONICA MINOLTA BUSINESS<br>SOLUTIONS, U.S.A., INC.<br>　　　Defendant. | : <br> : <br> : |

## DECLARATION

Pursuant to 28 U.S.C. §1746, the undersigned, Linda Seufert, makes the following Declaration in support of the Notice of Removal filed by Defendant CIT Finance, LLC ("CIT") and hereby declares as follows:

1.　　　I am the Assistant Secretary of CIT Bank, N.A. ("CIT Bank").　I am authorized to make this Declaration on behalf of CIT.　The facts set forth herein are based upon my personal knowledge.

2.　　　CIT is a Delaware Limited Liability Company with a principal place of business in New Jersey.

3.　　　CIT's sole member is CIT Bank, which is a national banking association with its main office located in Pasadena, California.

4.　　　CIT Bank's sole shareholder is CIT Group Inc., which is a Delaware corporation with its principal places of business in Livingston, New Jersey and New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December ⟨6⟩ , 2019

Printed Name: Linda Seufert

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTICE FAMILY GROUP, LLC<br>        Plaintiff, | Civil Action No. _____ |
| v. | |
| CIT FINANCE, LLC,<br>        Defendant,<br>    and | |
| KONICA MINOLTA BUSINESS<br>SOLUTIONS, U.S.A., INC.<br>        Defendant. | |

## DECLARATION

Pursuant to 28 U.S.C. §1746, the undersigned, Judy Olivero, makes the following Declaration in support of the Notice of Removal filed by Defendant CIT Finance, LLC ("CIT") and hereby declares as follows:

1.     I am Assistant General Counsel for Defendant Konica Minolta Business Solutions, U.S.A., Inc. ("KMBS") and have served in this capacity since September 14, 2011.   I am authorized to make this Declaration on behalf of KMBS.  The facts set forth herein are based upon my personal knowledge.

2.     KMBS is a New York corporation with its principal place of business in New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2019

_____

Printed Name:  Judy Olivero